GALLOWAY *v.* THE STATE.

The case of *Hamilton* v. *Railsback, infra,* p. 392, followed.

APPEAL from the *Monroe* Common Pleas.

*Per Curiam.*—The defendant was prosecuted in the Common Pleas for an assault and battery on one *Phillipi.* The assault and battery was admitted; but it was contended that the defendant had been already convicted of the same offence. Questions are raised as to whether such former conviction was improperly procured by the said defendant, so as to in-

validate said judgment, or prevent it from operating as a bar.

The Court found the defendant guilty, and assessed a fine, &c.

We can not, under the decision in *Hamilton* v. *Railsback,* at this term, disturb this judgment. The record does not, in view of the decision quoted, contain the necessary statement to show us that all the evidence is before us.

The judgment is affirmed.

*McDonald, Roach & Lewis,* for the appellant.

*Jacob S. Broadwell, Samuel H. Buskirk* and *Oscar B. Hord,* for the State.